IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| WILLIAM G. COLSON, JR., and DOROTHY R. COLSON, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSON HAIR RESTORATION, LLC, and GEOFFREY D. STILLER, MD, <br><br> Defendants. | CASE NO. 7:11-CV-02143-HMH <br><br><br> **DEFENDANT SAMSON HAIR RESTORATION, LLC'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Defendant Samson Hair Restoration, LLC, by its undersigned attorneys, makes the following answers to Court ordered Interrogatories:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interests in each claim and state the basis and extent of said interest.

**RESPONSE:** Defendant is unaware of any subrogation interests.

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** Defendant requests a jury trial because all claims asserted are legal claims.

(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

1

**RESPONSE:** Defendant is not a publicly owned company nor affiliated with any publicly owned companies.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:** Defendant is not challenging the assertion of the claim in this district at this time.

(E)     Is this action related in whole or in party to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** Defendant is not aware of any related matters.

(F)     [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:** The Defendant is properly identified.

(G)     [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:** Defendant Geoffrey D. Stiller, MD, is contractually obligated to indemnify Defendant Samson Hair Restoration, LLC, for the claims alleged in this lawsuit.

| | |
|---|---|
| October 10, 2011<br>Charleston, South Carolina | /S/ JOSEPH C. WILSON, IV<br>Carl E. Pierce, II (Fed. ID#3062)<br>Joseph C. Wilson, IV (Fed. ID#5886)<br>Pierce, Herns, Sloan, & McLeod, LLC<br>P.O. Box 22437<br>Charleston, SC  29413<br>(843) 722-7733<br>(843) 722-7732<br>joewilson@phsm.net |